```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

        - against -                                    ORDER
                                                 S1 19 Cr. 554-2 (NRB)
TIFFANY MEYNARD,

               Defendant.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on October 22, 2019, defendant Tiffany Meynard pled guilty to Count One of a Superseding Information charging her with conspiracy to commit Hobbs Act Robbery in violation of 18 U.S.C. § 1951; and

**WHEREAS**, on December 14, 2021, this Court sentenced Meynard's co-defendant, Tsani Russell, to a period of incarceration of 40 months and ordered him to pay restitution in the amount of $215,495.87, which represents the full amount of the victim's loss in this action; and

**WHEREAS**, the Court, having considered the superseding information, counsels' sentencing submissions, the presentence report, defendant's conviction, and all other proceedings in this case, finds that it is appropriate to apportion liability among the defendants in this case to reflect the defendants' levels of contribution to the victim's loss and the economic circumstances of each defendant, in accordance with 18 U.S.C. § 3664(h); and

1

**WHEREAS**, Meynard received $3,000.00 of the proceeds of the conspiracy; it is hereby

**ORDERED** that defendant shall pay restitution in the total amount of $3,000.00 to the victim of the offense charged in Count One.  The name and address of the victim are attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of the Court; and it is further

**ORDERED** that pursuant to 18 U.S.C. § 3664(f)(2) and the considerations therein, including the financial resources and other assets of the defendant, the defendant shall pay restitution in weekly installments of $10.  Interest is waived pursuant to 18 U.S.C. § 3612(f)(3)(A) because the defendant does not have the ability to pay; and it is further

**ORDERED** that such payments shall be made by certified check, bank check, money order, wire transfer, credit card, or cash.  Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: "United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier," as required by 18 U.S.C. § 3611.  The defendant shall write her name and the docket number of this case on each check or money order.  Credit card payments must be made in person at the Clerk's Office.  Any cash payment shall be hand-delivered to the

Clerk's Office using exact change and shall not be mailed.  For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions; and it is further

**ORDERED** that the defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during the period of supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York, 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change of the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k); and it is further

**ORDERED** that the defendant's liability to pay restitution shall terminate 20 years from the entry of judgment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitation in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability; and it is further

**ORDERED** that consistent with 18 U.S.C. §§ 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, Schedule A is hereby sealed, except that copies may be retained and used or disclosed by the

Government, the Clerk's Office, and the Probation Department, as need be and to enforce this Order, without further order of this Court.

**SO ORDERED.**

Dated:    New York, New York
          April 22, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE